Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                              Case No.: 18−14357−JKS
                                              Chapter: 13
                                              Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Washington Moitui
   157 Pennsylvania Ave
   Newark, NJ 07114−1706

Social Security No.:
   xxx−xx−1431

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on October 22, 2018.

    On 7/12/19 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                 August 8, 2019
Time:               08:30 AM
Location:         Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 15, 2019
JAN: wdh

                                                                                             Jeanne Naughton
                                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-14357-JKS
Washington Moitui                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jul 15, 2019
                              Form ID: 185             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db              Washington Moitui,     157 Pennsylvania Ave,      Newark, NJ   07114-1706
517370302       Essex County Sheriff,     Essex County Veteran's Courthouse,     50 W Market St,
                 Newark, NJ  07102-1607
517414033       Farniler Ndege,     10 Pittsburgh Ave,    Piscataway, NJ  08854-2129
517414034       National Bankruptcy Services, LLC,     14841 Dallas Pkwy Ste 300,    Dallas, TX  75254-7883
517530482      +PNC Bank, N.A.,     PO Box 94982,    Cleveland, OH 44101-4982
517370303       Shapiro & DeNardo, LLC,     14000 Commerce Pkwy Ste B,     Mount Laurel, NJ  08054-2242
517414036       Toyota Motor Credit,     PO Box 9786,    Cedar Rapids, IA  52409-0004
517452843      +Toyota Motor Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013
517451191      +Wells Fargo Bank, N.A.,     Attention Payment Processing,     MAC# X2302-04C,    1 Home Campus,
                 Des Moines, Iowa 50328-0001
517370304       Wells Fargo Home Mortgage,     PO Box 10335,    Des Moines, IA  50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 15 2019 23:56:40      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 15 2019 23:56:37      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
517523933       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 15 2019 23:52:15
                 Ashley Funding Services, LLC its successors and,      assigns as assignee of Laboratory,
                 Corporation of America Holdings,     Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517414031       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 15 2019 23:50:37      Capital One,
                 15000 Capital One Dr,    Richmond, VA  23238-1119
517492835      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 15 2019 23:56:37      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517472931       E-mail/Text: bnc-quantum@quantum3group.com Jul 15 2019 23:56:33
                 Quantum3 Group LLC as agent for,     MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517375020      +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2019 23:51:58      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
517515573      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 16 2019 00:02:50      Verizon,
                 by American InfoSource LP as agent,     4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517414032*      Essex County Sheriff,     Essex County Veteran's Courthouse,    50 W Market St,
                 Newark, NJ  07102-1607
517414035*      Shapiro & DeNardo, LLC,     14000 Commerce Pkwy Ste B,    Mount Laurel, NJ  08054-2242
517414037*      Wells Fargo Home Mortgage,     PO Box 10335,    Des Moines, IA  50306-0335
                                                                                          TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Katherine Knowlton Lopez    on behalf of Creditor    WELLS FARGO BANK, N.A. klopez@logs.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Steven D. Pertuz    on behalf of Debtor Washington   Moitui pertuzlaw@verizon.net,
               G16461@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5