Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.:  18−14357−JKS
                          Chapter:  13
                          Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Washington Moitui
   157 Pennsylvania Ave
   Newark, NJ 07114−1706

Social Security No.:
   xxx−xx−1431

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/7/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: January 7, 2021
JAN: zlh

                                                                      Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Washington Moitui  
    Debtor(s)

Case No. 18-14357-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 07, 2021      Form ID: 148      Total Noticed: 56

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Washington Moitui, 157 Pennsylvania Ave, Newark, NJ 07114-1706 |
| 518516616 | | Alisha Bryant, NJ Division of Taxation Pioneer Credit R, PO Box 1009, Moorestown, NJ 08057-0909 |
| 518516617 | | Altus GTS Inc., 2400 Veterans Memorial Blvd Ste 300, Kenner, LA 70062-8725 |
| 518516618 | | Anthony J. Picarelli, Esq., Snellings Law, LLC, 2001 US Highway 46 Ste 206, Parsippany, NJ 07054-1315 |
| 518516621 | + | Carquest/ P&A Auto Parts, 25 Route 23 S, Riverdale, NJ 07457-1620 |
| 518516622 | + | Center for Family Guidance PC, 765 E Route 70 Bldg A-100, Marlton, NJ 08053-2341 |
| 518516630 | | EZ Pass, PO Box 52002, Newark, NJ 07101-8202 |
| 518516627 | | Elite Surgicall Center, LLC, 1680 State Route 23, Wayne, NJ 07470-7501 |
| 518516628 | # | Emergency Physicians Of Saint Clares, PO Box 808, Grand Rapids, MI 49518-0808 |
| 518516629 | | Emergency Physicians Of Saint Clares. LL, PO Box 51028, Newark, NJ 07101-5128 |
| 517370302 | | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |
| 517414033 | | Farniler Ndege, 10 Pittsburgh Ave, Piscataway, NJ 08854-2129 |
| 518516631 | | Gaeta Recycling Company, Inc., 278 W Railway Ave, Paterson, NJ 07503-1324 |
| 518516632 | # | Identifix, 10808 S River Front Pkwy Ste 500, South Jordan, UT 84095-5761 |
| 518516633 | | Imaging Subspecialsits Of North Jersey, PO Box 3607, Evansville, IN 47735-3607 |
| 518516636 | ++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998 address filed with court:, Lakeland Bank, 250 Oak Ridge Rd, Oak Ridge, NJ 07438-8906 |
| 518516635 | | Lakeland Bank, Cardmember Services, PO Box 6335, Fargo, ND 58125-6335 |
| 518516637 | | Liberty Mutual Insurance, PO Box 188025, Fairfield, OH 45018-8025 |
| 518516638 | | NJ Dept. Of Community Affairs, Bureau Of Fire Code Enforcement, PO Box 809, Trenton, NJ 08625-0809 |
| 518516639 | | NJ Mobile Healthcare LLC, PO Box 24345, Brooklyn, NY 11202-4345 |
| 517414034 | | National Bankruptcy Services, LLC, 14841 Dallas Pkwy Ste 300, Dallas, TX 75254-7883 |
| 518516641 | | North Jersey Spine Group, 1680 State Route 23 Ste 250, Wayne, NJ 07470-7520 |
| 518516642 | | Parts Authority, LLC, 3 Dakota Dr Ste 110, New Hyde Park, NY 11042-1167 |
| 518516643 | | Pulse Medical Transportation, 24 Andrews Dr, Woodland Park, NJ 07424-2640 |
| 518516644 | | Ramapo Ridge Psychiatric Hospital, 301 Sicomac Ave, Wyckoff, NJ 07481-2159 |
| 518516649 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap On Credit, 950 Technology Way Ste 301, Libertyville, IL 60048-5339 |
| 518516647 | | Saint Clare's Hospital, PO Box 536598, Pittsburgh, PA 15253-5907 |
| 518516648 | | Service Supply LLC, 93 4th Ave, Haskell, NJ 07420-1141 |
| 517370303 | | Shapiro & DeNardo, LLC, 14000 Commerce Pkwy Ste B, Mount Laurel, NJ 08054-2242 |
| 518516650 | | St. Joesph's Regional Medical Center, PO Box 32025, New York, NY 10087-2025 |
| 518516651 | | State Of New Jersey Division Of Taxation, PO Box 195, Trenton, NJ 08695-0195 |
| 518516652 | | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 517452843 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518516653 | | Traveler's Insurance, PO Box 2927, Hartford, CT 06104-2927 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 07 2021 21:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

Case 18-14357-JKS    Doc 75    Filed 01/09/21    Entered 01/10/21 00:32:09    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2021 | Form ID: 148 | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 07 2021 21:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517523933 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2021 22:03:40 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518516619 | | EDI: BANKAMER.COM | Jan 08 2021 02:03:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 518516620 | | EDI: BANKAMER.COM | Jan 08 2021 02:03:00 | Bank of America Business Card, PO Box 982238, El Paso, TX 79998-2238 |
| 517414031 | | EDI: CAPITALONE.COM | Jan 08 2021 02:03:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518516623 | | EDI: CITICORP.COM | Jan 08 2021 02:03:00 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518516624 | | EDI: DISCOVER.COM | Jan 08 2021 02:03:00 | Discover Bank, PO Box 71084, Charlotte, NC 28272-1084 |
| 518516626 | | Email/Text: Bankruptcies@elavon.com | Jan 07 2021 21:18:00 | Elavon, 7300 Chapman Hwy, Knoxville, TN 37920-6612 |
| 518516634 | | EDI: IRS.COM | Jan 08 2021 02:03:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0326 |
| 517492835 | + | EDI: MID8.COM | Jan 08 2021 02:03:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518516640 | | Email/Text: gtasich@nabancard.com | Jan 07 2021 21:17:00 | North American Bancard, Collection Department, 250 Stephenson Hwy, Troy, MI 48083-1117 |
| 517530482 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 07 2021 21:16:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 517472931 | | EDI: Q3G.COM | Jan 08 2021 02:03:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518516646 | | EDI: RMCB.COM | Jan 08 2021 02:03:00 | RMCB Collections, 4 Westchester Plz Ste 110, Elmsford, NY 10523-1615 |
| 518516645 | | EDI: RMCB.COM | Jan 08 2021 02:03:00 | Retrieval Masters Credit Bureau, Inc., 4 Westchester Plz Ste 110, Elmsford, NY 10523-1615 |
| 517375020 | + | EDI: RMSC.COM | Jan 08 2021 02:03:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517414036 | | EDI: TFSR.COM | Jan 08 2021 02:03:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 518516625 | | EDI: USBANKARS.COM | Jan 08 2021 02:03:00 | Elan Financial, PO Box 790408, Saint Louis, MO 63179-0408 |
| 517515573 | + | EDI: AIS.COM | Jan 08 2021 02:03:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517451191 | + | EDI: WFFC.COM | Jan 08 2021 02:03:00 | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |
| 517370304 | | EDI: WFFC.COM | Jan 08 2021 02:03:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517414032 | * | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |
| 517414035 | * | Shapiro & DeNardo, LLC, 14000 Commerce Pkwy Ste B, Mount Laurel, NJ 08054-2242 |
| 517414037 | * | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:**

**Name**    **Email Address**

Denise E. Carlon
   on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
   on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Katherine Knowlton Lopez
   on behalf of Creditor WELLS FARGO BANK  N.A. klopez@logs.com

Kevin Gordon McDonald
   on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
   magecf@magtrustee.com

Steven D. Pertuz
   on behalf of Debtor Washington Moitui pertuzlaw@verizon.net  G16461@notify.cincompass.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7