Form 149 − ntcvaco

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                            Case No.:  18−14357−JKS
                            Chapter:  13
                            Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Washington Moitui
   157 Pennsylvania Ave
   Newark, NJ 07114−1706

Social Security No.:
   xxx−xx−1431

Employer's Tax I.D. No.:

**NOTICE OF ORDER VACATING
AN ORDER OF DISMISSAL**

    NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on JANUARY 7, 2021 has been vacated effective JANUARY 8, 2021.

Dated: January 8, 2021
JAN: zlh

                                                                   Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-14357-JKS |
| Washington Moitui | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 08, 2021 | Form ID: 149 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Washington Moitui, 157 Pennsylvania Ave, Newark, NJ 07114-1706 |
| 518516616 | | Alisha Bryant, NJ Division of Taxation Pioneer Credit R, PO Box 1009, Moorestown, NJ 08057-0909 |
| 518516617 | | Altus GTS Inc., 2400 Veterans Memorial Blvd Ste 300, Kenner, LA 70062-8725 |
| 518516618 | | Anthony J. Picarelli, Esq., Snellings Law, LLC, 2001 US Highway 46 Ste 206, Parsippany, NJ 07054-1315 |
| 518516619 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 518516621 | + | Carquest/ P&A Auto Parts, 25 Route 23 S, Riverdale, NJ 07457-1620 |
| 518516622 | + | Center for Family Guidance PC, 765 E Route 70 Bldg A-100, Marlton, NJ 08053-2341 |
| 518516623 | | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518516630 | | EZ Pass, PO Box 52002, Newark, NJ 07101-8202 |
| 518516627 | | Elite Surgicall Center, LLC, 1680 State Route 23, Wayne, NJ 07470-7501 |
| 518516628 | # | Emergency Physicians Of Saint Clares, PO Box 808, Grand Rapids, MI 49518-0808 |
| 518516629 | | Emergency Physicians Of Saint Clares. LL, PO Box 51028, Newark, NJ 07101-5128 |
| 517370302 | | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |
| 517414033 | | Farniler Ndege, 10 Pittsburgh Ave, Piscataway, NJ 08854-2129 |
| 518516631 | | Gaeta Recycling Company, Inc., 278 W Railway Ave, Paterson, NJ 07503-1324 |
| 518516632 | # | Identifix, 10808 S River Front Pkwy Ste 500, South Jordan, UT 84095-5761 |
| 518516633 | | Imaging Subspecialsits Of North Jersey, PO Box 3607, Evansville, IN 47735-3607 |
| 518516636 | ++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998 address filed with court:, Lakeland Bank, 250 Oak Ridge Rd, Oak Ridge, NJ 07438-8906 |
| 518516635 | | Lakeland Bank, Cardmember Services, PO Box 6335, Fargo, ND 58125-6335 |
| 518516637 | | Liberty Mutual Insurance, PO Box 188025, Fairfield, OH 45018-8025 |
| 518516638 | | NJ Dept. Of Community Affairs, Bureau Of Fire Code Enforcement, PO Box 809, Trenton, NJ 08625-0809 |
| 518516639 | | NJ Mobile Healthcare LLC, PO Box 24345, Brooklyn, NY 11202-4345 |
| 517414034 | | National Bankruptcy Services, LLC, 14841 Dallas Pkwy Ste 300, Dallas, TX 75254-7883 |
| 518516641 | | North Jersey Spine Group, 1680 State Route 23 Ste 250, Wayne, NJ 07470-7520 |
| 518516642 | | Parts Authority, LLC, 3 Dakota Dr Ste 110, New Hyde Park, NY 11042-1167 |
| 518516643 | | Pulse Medical Transportation, 24 Andrews Dr, Woodland Park, NJ 07424-2640 |
| 518516644 | | Ramapo Ridge Psychiatric Hospital, 301 Sicomac Ave, Wyckoff, NJ 07481-2159 |
| 518516649 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap On Credit, 950 Technology Way Ste 301, Libertyville, IL 60048-5339 |
| 518516647 | | Saint Clare's Hospital, PO Box 536598, Pittsburgh, PA 15253-5907 |
| 518516648 | | Service Supply LLC, 93 4th Ave, Haskell, NJ 07420-1141 |
| 517370303 | | Shapiro & DeNardo, LLC, 14000 Commerce Pkwy Ste B, Mount Laurel, NJ 08054-2242 |
| 518516650 | | St. Joesph's Regional Medical Center, PO Box 32025, New York, NY 10087-2025 |
| 518516651 | | State Of New Jersey Division Of Taxation, PO Box 195, Trenton, NJ 08695-0195 |
| 518516652 | | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 517414036 | | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 517452843 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518516653 | | Traveler's Insurance, PO Box 2927, Hartford, CT 06104-2927 |
| 518516625 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Elan Financial, PO Box 790408, Saint Louis, MO 63179-0408 |
| 517451191 | + | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |
| 517370304 | | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 08 2021 22:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 08 2021 22:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517523933 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2021 22:13:54 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517414031 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 08 2021 22:13:34 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518516624 | | Email/Text: mrdiscen@discover.com | Jan 08 2021 22:28:00 | Discover Bank, PO Box 71084, Charlotte, NC 28272-1084 |
| 518516626 | | Email/Text: Bankruptcies@elavon.com | Jan 08 2021 22:32:00 | Elavon, 7300 Chapman Hwy, Knoxville, TN 37920-6612 |
| 518516634 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 08 2021 22:29:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0326 |
| 517492835 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 08 2021 22:30:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518516640 | | Email/Text: gtasich@nabancard.com | Jan 08 2021 22:31:00 | North American Bancard, Collection Department, 250 Stephenson Hwy, Troy, MI 48083-1117 |
| 517530482 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 08 2021 22:28:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 517472931 | | Email/Text: bnc-quantum@quantum3group.com | Jan 08 2021 22:30:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518516646 | | Email/Text: bkrpt@retrievalmasters.com | Jan 08 2021 22:30:00 | RMCB Collections, 4 Westchester Plz Ste 110, Elmsford, NY 10523-1615 |
| 518516645 | | Email/Text: bkrpt@retrievalmasters.com | Jan 08 2021 22:30:00 | Retrieval Masters Credit Bureau, Inc., 4 Westchester Plz Ste 110, Elmsford, NY 10523-1615 |
| 517375020 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 08 2021 22:16:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517515573 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 08 2021 23:59:15 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518516620 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America Business Card, PO Box 982238, El Paso, TX 79998-2238 |
| 517414032 | * | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |
| 517414035 | * | Shapiro & DeNardo, LLC, 14000 Commerce Pkwy Ste B, Mount Laurel, NJ 08054-2242 |
| 517414037 | * | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 10, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Katherine Knowlton Lopez | on behalf of Creditor WELLS FARGO BANK  N.A. klopez@logs.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven D. Pertuz | on behalf of Debtor Washington Moitui pertuzlaw@verizon.net  G16461@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7