UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on January 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Washington Moitui

Case No.: _____18-14357_____

Hearing Date: _____

Judge: _____John K. Sherwood_____

# ORDER VACATING ORDER OF DISMISSAL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: January 8, 2021

Honorable John K. Sherwood
United States Bankruptcy Court

The Court, on its own motion, finds that the Order of Dismissal entered in the above-captioned case was entered in error and must be vacated; and for good cause shown, it is

ORDERED that said Order of Dismissal, dated ___January 7, 2021___ be and the same is hereby vacated.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-14357-JKS |
| Washington Moitui | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Jan 08, 2021    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

**Recip ID    Recipient Name and Address**
db           \# Washington Moitui, 157 Pennsylvania Ave, Newark, NJ 07114-1706

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed below:

**Name    Email Address**

Denise E. Carlon
on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Katherine Knowlton Lopez
on behalf of Creditor WELLS FARGO BANK N.A. klopez@logs.com

Kevin Gordon McDonald
on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
magecf@magtrustee.com

Steven D. Pertuz
on behalf of Debtor Washington Moitui pertuzlaw@verizon.net G16461@notify.cincompass.com

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Jan 08, 2021 Form ID: pdf903 Total Noticed: 1

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7