**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

Order Filed on January 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

    WASHINGTON MOITUI

**Case No.:  18-14357 JKS**

**Hearing Date:  1/28/2021**

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: January 29, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  WASHINGTON MOITUI

Case No.:  18-14357

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 01/28/2021 on notice to STEVEN D. PERTUZ,

ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $1,000.00 to the Trustee's office by 2/11/2021 or the case will be

  dismissed; and it is further

- ORDERED, that if satisfied, the Trustee's certification of default will be adjourned to 2/11/2021 at 10:00

  AM.

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee**

IN RE:

   WASHINGTON MOITUI

**Case No.:  18-14357 JKS**

**Hearing Date:  1/28/2021**

**INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Debtor(s):  WASHINGTON MOITUI

Case No.:  18-14357

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 01/28/2021 on notice to STEVEN D. PERTUZ,

ESQ., and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $1,000.00 to the Trustee's office by 2/11/2021 or the case will be

   dismissed; and it is further

- ORDERED, that if satisfied, the Trustee's certification of default will be adjourned to 2/11/2021 at 10:00

   AM.