Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−14357−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Washington Moitui
   157 Pennsylvania Ave
   Newark, NJ 07114−1706

Social Security No.:
   xxx−xx−1431

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 9, 2019.

On 2/25/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                 March 25, 2021
Time:                 08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: February 26, 2021
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 18-14357-JKS
Washington Moitui                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                       User: admin                                            Page 1 of 3
Date Rcvd: Feb 26, 2021              Form ID: 185                                         Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Washington Moitui, 157 Pennsylvania Ave, Newark, NJ 07114-1706 |
| 518516616 | | Alisha Bryant, NJ Division of Taxation Pioneer Credit R, PO Box 1009, Moorestown, NJ 08057-0909 |
| 518516617 | | Altus GTS Inc., 2400 Veterans Memorial Blvd Ste 300, Kenner, LA 70062-8725 |
| 518516618 | | Anthony J. Picarelli, Esq., Snellings Law, LLC, 2001 US Highway 46 Ste 206, Parsippany, NJ 07054-1315 |
| 518516619 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 518516621 | + | Carquest/ P&A Auto Parts, 25 Route 23 S, Riverdale, NJ 07457-1620 |
| 518516622 | + | Center for Family Guidance PC, 765 E Route 70 Bldg A-100, Marlton, NJ 08053-2341 |
| 518516623 | | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518516630 | | EZ Pass, PO Box 52002, Newark, NJ 07101-8202 |
| 518516627 | | Elite Surgicall Center, LLC, 1680 State Route 23, Wayne, NJ 07470-7501 |
| 518516628 | # | Emergency Physicians Of Saint Clares, PO Box 808, Grand Rapids, MI 49518-0808 |
| 518516629 | | Emergency Physicians Of Saint Clares. LL, PO Box 51028, Newark, NJ 07101-5128 |
| 517370302 | | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |
| 517414033 | | Farniler Ndege, 10 Pittsburgh Ave, Piscataway, NJ 08854-2129 |
| 518516631 | | Gaeta Recycling Company, Inc., 278 W Railway Ave, Paterson, NJ 07503-1324 |
| 518516632 | # | Identifix, 10808 S River Front Pkwy Ste 500, South Jordan, UT 84095-5761 |
| 518516633 | | Imaging Subspecialsits Of North Jersey, PO Box 3607, Evansville, IN 47735-3607 |
| 518516636 | ++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998 address filed with court:, Lakeland Bank, 250 Oak Ridge Rd, Oak Ridge, NJ 07438-8906 |
| 518516635 | | Lakeland Bank, Cardmember Services, PO Box 6335, Fargo, ND 58125-6335 |
| 518516637 | | Liberty Mutual Insurance, PO Box 188025, Fairfield, OH 45018-8025 |
| 518516638 | | NJ Dept. Of Community Affairs, Bureau Of Fire Code Enforcement, PO Box 809, Trenton, NJ 08625-0809 |
| 518516639 | | NJ Mobile Healthcare LLC, PO Box 24345, Brooklyn, NY 11202-4345 |
| 517414034 | | National Bankruptcy Services, LLC, 14841 Dallas Pkwy Ste 300, Dallas, TX 75254-7883 |
| 518516641 | | North Jersey Spine Group, 1680 State Route 23 Ste 250, Wayne, NJ 07470-7520 |
| 518516642 | | Parts Authority, LLC, 3 Dakota Dr Ste 110, New Hyde Park, NY 11042-1167 |
| 518516643 | | Pulse Medical Transportation, 24 Andrews Dr, Woodland Park, NJ 07424-2640 |
| 518516644 | | Ramapo Ridge Psychiatric Hospital, 301 Sicomac Ave, Wyckoff, NJ 07481-2159 |
| 518516649 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap On Credit, 950 Technology Way Ste 301, Libertyville, IL 60048-5339 |
| 518516647 | | Saint Clare's Hospital, PO Box 536598, Pittsburgh, PA 15253-5907 |
| 518516648 | | Service Supply LLC, 93 4th Ave, Haskell, NJ 07420-1141 |
| 517370303 | | Shapiro & DeNardo, LLC, 14000 Commerce Pkwy Ste B, Mount Laurel, NJ 08054-2242 |
| 518516650 | | St. Joesph's Regional Medical Center, PO Box 32025, New York, NY 10087-2025 |
| 518516651 | | State Of New Jersey Division Of Taxation, PO Box 195, Trenton, NJ 08695-0195 |
| 518516652 | | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 517414036 | | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 517452843 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518516653 | | Traveler's Insurance, PO Box 2927, Hartford, CT 06104-2927 |
| 518516625 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Elan Financial, PO Box 790408, Saint Louis, MO 63179-0408 |
| 517451191 | + | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |
| 517370304 | | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Feb 26, 2021 | Form ID: 185 | Total Noticed: 55
TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 26 2021 21:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 26 2021 21:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517523933 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2021 21:52:46 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517414031 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 26 2021 21:51:33 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518516623 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 26 2021 21:52:49 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518516624 | Email/Text: mrdiscen@discover.com | Feb 26 2021 21:36:00 | Discover Bank, PO Box 71084, Charlotte, NC 28272-1084 |
| 518516626 | Email/Text: Bankruptcies@elavon.com | Feb 26 2021 21:40:00 | Elavon, 7300 Chapman Hwy, Knoxville, TN 37920-6612 |
| 518516634 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2021 21:37:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0326 |
| 517492835 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 26 2021 21:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518516640 | Email/Text: gtasich@nabancard.com | Feb 26 2021 21:39:00 | North American Bancard, Collection Department, 250 Stephenson Hwy, Troy, MI 48083-1117 |
| 517530482 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 26 2021 21:37:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 517472931 | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2021 21:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518516646 | Email/Text: bkrpt@retrievalmasters.com | Feb 26 2021 21:38:00 | RMCB Collections, 4 Westchester Plz Ste 110, Elmsford, NY 10523-1615 |
| 518516645 | Email/Text: bkrpt@retrievalmasters.com | Feb 26 2021 21:38:00 | Retrieval Masters Credit Bureau, Inc., 4 Westchester Plz Ste 110, Elmsford, NY 10523-1615 |
| 517375020 | + Email/PDF: gecsedi@recoverycorp.com | Feb 26 2021 21:52:28 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518516625 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 26 2021 21:38:00 | Elan Financial, PO Box 790408, Saint Louis, MO 63179-0408 |
| 517515573 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 26 2021 21:53:56 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518516620 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America Business Card, PO Box 982238, El Paso, TX 79998-2238 |
| 517414032 | * | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2021 | Form ID: 185 | Total Noticed: 55 |

| 517414035 | * | Shapiro & DeNardo, LLC, 14000 Commerce Pkwy Ste B, Mount Laurel, NJ 08054-2242 |
| 517414037 | * | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021              Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Katherine Knowlton Lopez | on behalf of Creditor WELLS FARGO BANK  N.A. klopez@logs.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven D. Pertuz | on behalf of Debtor Washington Moitui pertuzlaw@verizon.net  G16461@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7