**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

**WASHINGTON MOITUI,**                                           Case No.:  18-14357 JKS

**Debtor**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $88.29, payable to the Clerk, United States Bankruptcy Court.  The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:      WASHINGTON MOITUI - Debtor's Refund
                           157 PENNSYLVANIA AVE
                           NEWARK, NJ  07114-1706

Amount:                    $88.29

Trustee Claim Number:      0

Reason:                     Not Cashing

                                          By:   /S/  Marie-Ann Greenberg
Dated:  March 14, 2022                          MARIE-ANN GREENBERG
                                                CHAPTER 13 STANDING TRUSTEE