**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Washington Moitui | Social Security number or ITIN xxx–xx–1431 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–14357–JKS | |

# Order of Discharge                                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Washington Moitui

4/28/22                                                                                    **By the court:** John K. Sherwood
                                                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-14357-JKS |
| Washington Moitui | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 28, 2022 | Form ID: 3180W | Total Noticed: 54 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Washington Moitui, 157 Pennsylvania Ave, Newark, NJ 07114-1706 |
| 518516616 | | Alisha Bryant, NJ Division of Taxation Pioneer Credit R, PO Box 1009, Moorestown, NJ 08057-0909 |
| 518516617 | | Altus GTS Inc., 2400 Veterans Memorial Blvd Ste 300, Kenner, LA 70062-8725 |
| 518516618 | | Anthony J. Picarelli, Esq., Snellings Law, LLC, 2001 US Highway 46 Ste 206, Parsippany, NJ 07054-1315 |
| 518516621 | + | Carquest/ P&A Auto Parts, 25 Route 23 S, Riverdale, NJ 07457-1620 |
| 518516622 | + | Center for Family Guidance PC, 765 E Route 70 Bldg A-100, Marlton, NJ 08053-2341 |
| 518516630 | | EZ Pass, PO Box 52002, Newark, NJ 07101-8202 |
| 518516627 | | Elite Surgicall Center, LLC, 1680 State Route 23, Wayne, NJ 07470-7501 |
| 518516629 | | Emergency Physicians Of Saint Clares. LL, PO Box 51028, Newark, NJ 07101-5128 |
| 517370302 | | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |
| 517414033 | | Farniler Ndege, 10 Pittsburgh Ave, Piscataway, NJ 08854-2129 |
| 518516631 | | Gaeta Recycling Company, Inc., 278 W Railway Ave, Paterson, NJ 07503-1324 |
| 518516633 | | Imaging Subspecialsits Of North Jersey, PO Box 3607, Evansville, IN 47735-3607 |
| 518516636 | ++ | LAKELAND BANK, 250 OAK RIDGE ROAD, OAK RIDGE NJ 07438-8998 address filed with court:, Lakeland Bank, 250 Oak Ridge Rd, Oak Ridge, NJ 07438-8906 |
| 518516635 | | Lakeland Bank, Cardmember Services, PO Box 6335, Fargo, ND 58125-6335 |
| 518516637 | | Liberty Mutual Insurance, PO Box 188025, Fairfield, OH 45018-8025 |
| 518516638 | | NJ Dept. Of Community Affairs, Bureau Of Fire Code Enforcement, PO Box 809, Trenton, NJ 08625-0809 |
| 518516639 | | NJ Mobile Healthcare LLC, PO Box 24345, Brooklyn, NY 11202-4345 |
| 517414034 | | National Bankruptcy Services, LLC, 14841 Dallas Pkwy Ste 300, Dallas, TX 75254-7883 |
| 518516641 | | North Jersey Spine Group, 1680 State Route 23 Ste 250, Wayne, NJ 07470-7520 |
| 518516642 | | Parts Authority, LLC, 3 Dakota Dr Ste 110, New Hyde Park, NY 11042-1167 |
| 518516643 | | Pulse Medical Transportation, 24 Andrews Dr, Woodland Park, NJ 07424-2640 |
| 518516644 | | Ramapo Ridge Psychiatric Hospital, 301 Sicomac Ave, Wyckoff, NJ 07481-2159 |
| 518516649 | ++ | SNAP ON CREDIT LLC, 950 TECHNOLOGY WAY, SUITE 301, LIBERTYVILLE IL 60048-5339 address filed with court:, Snap On Credit, 950 Technology Way Ste 301, Libertyville, IL 60048-5339 |
| 518516647 | | Saint Clare's Hospital, PO Box 536598, Pittsburgh, PA 15253-5907 |
| 518516648 | | Service Supply LLC, 93 4th Ave, Haskell, NJ 07420-1141 |
| 517370303 | | Shapiro & DeNardo, LLC, 14000 Commerce Pkwy Ste B, Mount Laurel, NJ 08054-2242 |
| 518516650 | | St. Joesph's Regional Medical Center, PO Box 32025, New York, NY 10087-2025 |
| 518516651 | | State Of New Jersey Division Of Taxation, PO Box 195, Trenton, NJ 08695-0195 |
| 518516653 | | Traveler's Insurance, PO Box 2927, Hartford, CT 06104-2927 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 28 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

Case 18-14357-JKS    Doc 104    Filed 04/30/22    Entered 05/01/22 00:16:24    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Apr 28, 2022 | Form ID: 3180W | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Apr 28 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517523933 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 20:43:19 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518516619 | | EDI: BANKAMER.COM | Apr 29 2022 00:38:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 518516620 | | EDI: BANKAMER.COM | Apr 29 2022 00:38:00 | Bank of America Business Card, PO Box 982238, El Paso, TX 79998-2238 |
| 517414031 | | EDI: CAPITALONE.COM | Apr 29 2022 00:38:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518516623 | | EDI: CITICORP.COM | Apr 29 2022 00:38:00 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518516624 | | EDI: DISCOVER.COM | Apr 29 2022 00:38:00 | Discover Bank, PO Box 71084, Charlotte, NC 28272-1084 |
| 518516626 | | Email/Text: Bankruptcies@elavon.com | Apr 28 2022 20:41:00 | Elavon, 7300 Chapman Hwy, Knoxville, TN 37920-6612 |
| 518516634 | | EDI: IRS.COM | Apr 29 2022 00:38:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0326 |
| 517492835 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 20:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518516640 | | Email/Text: gtasich@nabancard.com | Apr 28 2022 20:41:00 | North American Bancard, Collection Department, 250 Stephenson Hwy, Troy, MI 48083-1117 |
| 517530482 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 28 2022 20:40:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 517472931 | | EDI: Q3G.COM | Apr 29 2022 00:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518516646 | | EDI: RMCB.COM | Apr 29 2022 00:38:00 | RMCB Collections, 4 Westchester Plz Ste 110, Elmsford, NY 10523-1615 |
| 518516645 | | EDI: RMCB.COM | Apr 29 2022 00:38:00 | Retrieval Masters Credit Bureau, Inc., 4 Westchester Plz Ste 110, Elmsford, NY 10523-1615 |
| 518516652 | | Email/Text: bankruptcy@sunrisecreditservices.com | Apr 28 2022 20:40:00 | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 517375020 | + | EDI: RMSC.COM | Apr 29 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517414036 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 28 2022 20:40:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 517452843 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 28 2022 20:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518516625 | | EDI: USBANKARS.COM | Apr 29 2022 00:38:00 | Elan Financial, PO Box 790408, Saint Louis, MO 63179-0408 |
| 517515573 | + | EDI: AIS.COM | Apr 29 2022 00:38:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517451191 | + | EDI: WFFC.COM | Apr 29 2022 00:38:00 | Wells Fargo Bank, N.A., Attention Payment Processing, MAC# X2302-04C, 1 Home Campus, Des Moines, Iowa 50328-0001 |
| 517370304 | | EDI: WFFC.COM | Apr 29 2022 00:38:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2022 | Form ID: 3180W | Total Noticed: 54 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517414032 | * | Essex County Sheriff, Essex County Veteran's Courthouse, 50 W Market St, Newark, NJ 07102-1607 |
| 517414035 | * | Shapiro & DeNardo, LLC, 14000 Commerce Pkwy Ste B, Mount Laurel, NJ 08054-2242 |
| 519529609 | * | Washington Moitui, 157 Pennsylvania Ave., Newark, NJ 07114-1706 |
| 517414037 | * | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
| 518516628 | ## | Emergency Physicians Of Saint Clares, PO Box 808, Grand Rapids, MI 49518-0808 |
| 518516632 | ## | Identifix, 10808 S River Front Pkwy Ste 500, South Jordan, UT 84095-5761 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Katherine Knowlton Lopez | on behalf of Creditor WELLS FARGO BANK N.A. klopez@logs.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Steven D. Pertuz | on behalf of Debtor Washington Moitui pertuzlaw@verizon.net G16461@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7